IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLYN P. ILDEFONSO, | ) | 4:13CV3110 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN GAGE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

    The petitioner, Arlyn P. Ildefonso ("Ildefonso"), has filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Filing No. 1), a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2), and a copy of his institutional trust account statement (Filing No. 3).

    Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Ildefonso's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and Ildefonso is relieved from paying the fee at this time.

    IT IS THEREFORE ORDERED that the Motion for Leave to Proceed in Forma Pauperis (filing no. 2) is provisionally granted and Ildefonso will not be required to pay the $5.00 fee at this time.

    Dated June 12, 2013.

                                  BY THE COURT

                                  _____
                                  Warren K. Urbom
                                  United States Senior District Judge