IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARLYN P. ILDEFONSO, | ) | 4:13CV3110 |
| Petitioner, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| BRIAN GAGE, Warden, | ) | |
| Respondent. | ) | |

    Petitioner Arlyn Ildefonso ("Ildefonso") has filed a 122-page Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody ("Petition"). (Filing No. 1.) Ildefonso has also filed two attachments to the petition spanning an additional 101 pages. (Filing No. 1, Attachments 1 and 2.)

    I cannot clearly identify Ildefonso's claims for relief because they are strewn throughout his 101 pages of attachments in no particular order. For each of his 81 claims for relief, Ildefonso lists only the "supporting facts" within the petition, and then directs me to various pages within the attachments for identification of the actual claims. For example, for his first claim, Ildefonso sets forth the facts in support of the claim in the petition, but does not identify the claim itself. Rather, he refers me to "Issue #L 1 . . . found in Attachment #2." (Filing No. 1 at CM/ECF p. 5.) Apparently, Ildefonso expects me to sort through 101 pages of attachments in order to match up 81 claims with their corresponding facts. I will not undertake such a task. Moreover, in order to ensure a just resolution of this matter, Ildefonso should clearly identify his claims and their corresponding facts.

    On the court's own motion, I will give Ildefonso 60 days in which to file an amended petition for writ of habeas corpus that clearly sets forth his claims *together with the facts in support of those claims*. Ildefonso may seek an extension of time if he needs additional time to draft the amended petition.

IT IS THEREFORE ORDERED that:

1. Ildefonso will have 60 days from the date of this Memorandum and Order to file an amended petition for writ of habeas corpus that presents his claims for relief *together with the facts in support of those claims*. Failure to file an amended petition for writ of habeas corpus may result in dismissal of this matter without further notice.

2. The clerk's office is directed to set a pro se case management deadline in this case using the following text: November 8, 2013: deadline for Ildefonso to file an amended petition for writ of habeas corpus.

3. The clerk's office is directed to send to Ildefonso the Form AO 241, Petition for Relief From a Conviction or Sentence By a Person in State Custody.

Dated September 9, 2013.

BY THE COURT

*Warren K. Urbom*

Warren K. Urbom
United States Senior District Judge