# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ARLYN P. ILDEFONSO,** | ) | **4:13CV3110** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **BRIAN GAGE, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner's Motion for Enlargement of Time (Filing No. 53). Petitioner asks for 45 days in which to file discovery requests and requests to expand the record. Upon careful consideration,

IT IS ORDERED:

1. Petitioner's Motion for Enlargement of Time (Filing No. 53) is denied without prejudice to reassertion of a motion that specifies what discovery he seeks and his reasons for requesting the discovery. Any such motion must include any proposed interrogatories and requests for admission, and must specify any requested documents. *See* Rule 5 of the *Rules Governing Section 2254 Cases*. Any requests for additional state court records must set forth the documents requested and the reasons the documents are relevant to the cognizable claims.

2. The Court will consider this matter fully submitted for disposition in 30 days if no discovery motions or requests for additional state court records are filed in such time.

DATED this 11th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge